**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

FRENDA ROUNSEVILLE,

Plaintiff,

v. No.: 1:26-cv-02298-JHR-SCY

ALLSTATE NORTH AMERICAN INSURANCE COMPANY,

Defendant.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER, having come before the Court upon the Stipulation of the Parties for a Dismissal of all claims or potential claims that have been brought or could have been brought by the Plaintiff, FRENDA ROUNSEVILLE, against the Defendant ALLSTATE NORTH AMERICAN INSURANCE COMPANY, the Court FINDS that the Stipulation of Dismissal with Prejudice is well taken.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that Plaintiff's Complaint as against Defendant ALLSTATE NORTH AMERICAN INSURANCE COMPANY, be and hereby is dismissed, with prejudice.

IT IS FURTHER ORDERED that all claims brought, or that could have been brought, by Plaintiff against the Defendant are hereby dismissed, with prejudice.

IT IS FURTHER ORDERED that each party is to bear its own costs and attorney fees.

UNITED STATES MAGISTRATE JUDGE
JERRY H. RITTER

Respectfully submitted,

STIFF, GARCIA & ASSOCIATES, LLC

By John F.S. Stuff, Jr.
John F. S. Stiff Jr., Esq.
500 Marquette Ave. N.W., Suite 1400
Albuquerque, New Mexico 87102
Phone: (505) 243-5755
E-mail:johnny@stifflaw.com
*Attorney for Defendant Allstate North American Ins. Co.*
*-and-*

Approved via email on 8-24-2026
Thomas M. Allison
WHITENER LAW FIRM, P.A.
4110 Cutler Ave. NE
Albuquerque, NM 87110
(505) 242-3333
Tm5052002@yahoo.com
*Attorney for Plaintiff*

4910-1715-9111, v. 2